**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SOHEILA NOORI, *et al.*,**

**Plaintiffs,**

**v.**

**Civil Action 2:25-cv-1297**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**JOSEPH B. EDLOW, *et al.*,**

**Defendants.**

## ORDER

This matter is before the Court on Defendants' Motion to Vacate Rule 26(f) Reporting and Preliminary Pretrial Conference (ECF No. 24). For good cause shown, the Motion is **GRANTED**. The Preliminary Pretrial Conference currently scheduled for September 15, 2026, is **VACATED**. The parties shall file a joint Rule 26(f) report **WITHIN TWENTY-ONE DAYS** of the Court's resolution of Defendants' Motion to Dismiss (ECF No. 18), which will prompt the Court to reschedule the Preliminary Pretrial Conference if necessary.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE